# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>S. RIMBACH, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-01653-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 13, 14] |

Plaintiff Kevin Allen is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2019, the Magistrate Judge screening Plaintiff's first amended complaint and found that Plaintiff stated a cognizable ADA claim against Defendant Pfeiffer only. The Court granted Plaintiff one final opportunity to amend the complaint or notify the Court of his intent to proceed on the claim against Defendant Pfeiffer only. On January 28, 2019, Plaintiff notified the Court of his intent to proceed against Defendant Pfeiffer and dismiss all other claims and Defendants.

Therefore, on January 29, 2019, the Magistrate Judge issued Findings and Recommendations recommending that this action proceed on Plaintiff's ADA claim against Defendant Pfeiffer only, and all other claims and Defendants be dismissed from the action for failure to state a cognizable claim for

relief.  The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed without fourteen days.  No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, he Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on January 16, 2019, are adopted in full;
2. This action shall proceed on Plaintiff's ADA claim against Defendant Pfeiffer;
3. All other claims and Defendants are dismissed from the action;
4. Plaintiff's motion for appointment of counsel, is denied, without prejudice; and
5. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 25, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE