FILED

MAY 10 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____EV_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>S. RIMBACH, et.al.,<br><br>    Defendants. | Case No. 1:18-cv-01653-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KEVIN ALLEN, CDCR #K-41879 |

A settlement conference in this matter commenced on May 10, 2019. Inmate Kevin Allen, CDCR #K-41879 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/10/19

_____
UNITED STATES MAGISTRATE JUDGE

1