# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>S. RIMBACH, et.al.,<br><br>        Defendants. | Case No.: 1:18-cv-01653-LJO-SAB (PC)<br><br>ORDER VACATING STAY OF PROCEEDINGS AND DIRECTING DEFENDANT TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS |

Plaintiff Kevin Allen is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 10, 2019, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference in this case, and the case did not settle. Accordingly, it is HEREBY ORDERED that the stay issued on March 15, 2019, is HEREBY VACATED, and Defendant shall file a response to the first amended complaint with thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 10, 2019**

                                            UNITED STATES MAGISTRATE JUDGE