# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. RIMBACH, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01653-NONE-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A FREE COPY OF HIS DEPOSITION TRANSCRIPT<br><br>[ECF No. 38] |

　　　　Plaintiff Kevin Allen is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for a free copy of his deposition transcript. Pursuant to Federal Rule of Civil Procedure 30, a party may obtain a copy of the deposition transcript upon reasonable payment of fees, and Plaintiff's *in forma pauperis* status does not entitle him to a free copy. Fed. R. Civ. P. 30(f)(3).

IT IS SO ORDERED.

Dated: __February 18, 2020__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1