IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. RIMBACH, et al.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:18-cv-01653-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 42) |

　　　　The discovery and scheduling order in this matter was filed on June 18, 2019. (ECF No. 29.) On April 10, 2020, Defendants filed a motion to modify the discovery and scheduling order. (ECF No. 42.) Defendants seek to extend the deadline to file dispositive documents by sixty days. Counsel for Defendants has presented a declaration in which he states that due to the COVID-19 restrictions he has been unable to go into the office and only received remote access on April 7, 2020. Further, due to the COVID-19 pandemic it is anticipated that there will be delays in receiving documents needed to support the motion for summary judgment. The Court finds that good cause exists to modify the discovery and scheduling order.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order is GRANTED;
2. The deadline to file dispositive motions is extended to June 29, 2020; and
3. All other aspects of the June 18, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**April 10, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE